JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CIV 4788

JANE ROE and JANE DOE, individually and on the behalf of all others similarly situated,

Plaintiffs,

vs.

EMPIRE BLUE CROSS BLUE SHIELD and ST. JOSEPH'S MEDICAL CENTER,

Defendants.

Civil Action No.

## ORDER

Plaintiffs, having moved this Court for an Order permitting them to file their complaint anonymously and having demonstrated to the Court's satisfaction that a justifiable basis exists for doing so,

IT IS HEREBY ORDERED that the Complaint annexed hereto may be filed anonymously.

SO ORDERED this *19* day of June 2012

USDJ *George B. Daniels*

PART 2