

1250 Broadway, 27th Fl., New York, NY 10001
tel. 212-619-5400 • fax 212-619-3090
www.nfllp.com

# MEMO ENDORSED

July 11, 2012

*VIA FACSIMILE (212) 805-7949*

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street; Courtroom 12C
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-12
```

      Re:    *Roe, et al. v. Empire Blue Cross Blue Shield, et al.*
             *Case No. 12-CV-4788*

Dear Judge Castel:

      We represent Plaintiffs Jane Roe and Jane Doe in the above-referenced matter. We write concerning the Initial Pretrial Conference that is currently scheduled for Wednesday, July 25 at 11:30. Because no attorney has appeared for Defendant Empire Blue Cross Blue Shield, we respectfully request that the scheduled Conference be adjourned until all parties' attorneys have appeared. We have spoken to Arthur Robb, counsel for St. Joseph's Medical Center, and he has no objection to this request.

      Thank you for your consideration of this matter.

Conference Adjourned
From: July 25
To: Sept 18 at 12:30 pm
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 7-11-12

Respectfully yours,

NEWMAN FERRARA LLP

Jeffrey M. Norton

cc: Arthur J. Robb, Esq.